

Peter T. Campana, Williamsport, for Sherry Lynn Ryan, appellant.

Andrea F. McKenna, Harrisburg, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of April, 2006, the order of the Superior Court is **VACATED**. This matter is **REMANDED** to that court for reconsideration in light of this court's decision in *Commonwealth v. Collins*, 888 A.2d 564 (Pa.2005). Jurisdiction is relinquished.

Justice NIGRO did not participate in the consideration or decision of this matter.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of April, 2006, the Petition for Allowance of Appeal is hereby GRANTED only with respect to Petitioner's claim that the Superior Court failed to consider *Curtis v. Kline*, 542 Pa. 249, 666 A.2d 265 (1995). The case is REMANDED to the Superior Court, which shall consider and address Petitioner's argument that the trial court's order cannot be reconciled with this Court's decision in *Curtis*. Furthermore, Respondent's "Application to Vacate Supersedeas" is hereby DENIED.

■

**James CROOP, Appellant**

v.

**UGI CORPORATION, Appellee.**

James Croop

v.

UGI Corporation

v.

**Alex and Mary Brezinski**

**Appeal of Estate of James Croop, by and through Marilou C. Kaye, surviving Executrix.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 2005.
Decided April 21, 2006.

■

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Sherry Lynn RYAN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 18, 2005.
Decided April 21, 2006.

Arthur L. Piccone, Kingston, Jennifer Lynne Rogers, for James Croop and Estate of James Croop, by and through Marilou C. Kaye, surviving Executrix, appellants.

Jennifer Joyce Nestle, Wilbur L. Kipnes, Carl A. Solano, Philadelphia for UGI Corp., appellee.

Donna M.J. Clark, for Energy Ass'n of PA, appellee amicus curiae.

Gayle G. Gowen, Marc J. Sonnenfeld, Philadelphia, for PA Chamber of Business and Industry, appellee amicus curiae.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of April, 2006, the Appeals are hereby dismissed as having been improvidently granted.

**In re: D.G., JR., a Minor.**

**Appeal of: D.G., Father.**

Superior Court of Pennsylvania.

Submitted Nov. 28, 2005.
Filed March 10, 2006.

Sharon M. Biasca, Pittsburgh, for appellant.